UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                   Criminal No. 90-80898-06

KENNETH KELLY HARRIS,                                      Honorable Avern Cohn

      Defendant.
_____/

## ORDER

On March 20, 1997 an Amended Judgment in a Criminal Case sentencing defendant to a custody term of 240 months was entered by the Court. The length of the sentence was determined under the applicable guideline and statutory requirements. Review of the pre-sentence report and the record relating to sentencing establishes that its length did not include consideration of a two point enhancement for possession of a firearm.

SO ORDERED.

Dated: April 05, 2007          s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record and Kenneth Kelly Harris, 14640-039, FCI Milan, PO Box 1000, Milan, MI 48160 on this date, April 5, 2007, by electronic and/or ordinary mail.

                                                   s/Julie Owens
                                                 Case Manager, (313) 234-5160